**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEDRO TORRES HERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>BAKERSFIELD POLICE DEPT., et al.<br><br>  Defendants. | Case No.: 1:14-cv-00941 - --- - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE THE FIRST AMENDED COMPLAINT<br><br>(Doc. 5) |

On June 25, 2014, the Court ordered Plaintiff's complaint dismissed with 30 days leave to amend. (Doc. 4) On July 17, 2014, Plaintiff filed a motion for an extension of time to file the complaint. (Doc. 5) Plaintiff explains that he "just recently received my police reports . . . And I am still waiting on my medical records . . ." as justification for the extension of time. Id. at 1.

Plaintiff is advised that he should not await the receipt of his medical records before filing his first amended complaint. His complaint must describe the injuries he suffered—which he should know about without having to study his medical records—and it need not use medical terminology or include medical diagnoses. On the other hand, the police reports are likely to be of assistance to Plaintiff when drafting his first amended complaint in that they should describe the actions of each officer.

Thus, good cause appearing, the Court **ORDERS**:

1. Plaintiff's motion for an extension of time to file the first amended complaint (Doc. 5)

1

is **GRANTED**;

    2.    Plaintiff SHALL file his first amended complaint **no later than August 15, 2014**. **Plaintiff is advised that no further extensions of time will be granted absent a showing of exceptional good cause.**

IT IS SO ORDERED.

    Dated:   **July 18, 2014**                    **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE