**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEDRO TORRES HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> BAKERSFIELD POLICE DEPT., et al. <br><br> Defendants. | Case No.: 1:14-cv-00941 - --- - JLT <br><br> ORDER DIRECTING THE CLERK TO ASSIGN A UNITED STATES DISTRICT JUDGE TO THE ACTION <br><br> FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION WITHOUT PREJUDICE |

Pedro Torres Hernandez ("Plaintiff") initiated this action by filing a complaint on June 18, 2014. (Doc. 1.) The Court determined Plaintiff failed to state a cognizable claim, and dismissed his complaint with leave to amend on June 25, 2014. (Doc. 4.) Plaintiff requested an extension of time to file an amended complaint on June 17, 2014 (Doc. 5), which was granted by the Court on July 28, 2014 (Doc. 6). However, Plaintiff failed to comply with the deadline ordered by the Court, and did not file an amended complaint.

On August 19, 2014, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to prosecute and failure to comply with the Court's orders. (Doc. 7.) The Court ordered Plaintiff to either show cause or file an amended complaint within fourteen days of the date of service. (*Id.* at 2.) Plaintiff timely filed a response on September 2, 2014, in which he explained that he was sorry he "wasted the courts [sic] time" and that he was "sorry to put the court

1

through all of this." (Doc. 8.) Based upon the response, it appears Plaintiff does not wish to prosecute this action at this time. Accordingly, Plaintiff's response to the order to show cause is construed as a request for dismissal of the action.

Based upon the foregoing, **IT IS HEREBY ORDERED**: The Clerk of Court is DIRECTED to assign a United States District Judge to the action.

Further, it is **HEREBY RECOMMENDED**:

1. The action be **DISMISSED WITHOUT PREJUDICE**; and
2. The Clerk of Court be **DIRECTED** to close this matter.

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fourteen days after being served with these Findings and Recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **September 8, 2014**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE