UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEDRO TORRES HERNANDEZ,**<br><br>**Plaintiff**<br><br>v.<br><br>**BAKERSFIELD POLICE DEPT., et al.,**<br><br>**Defendants** | CASE NO. 1:14-CV-0941 AWI JLT<br><br>ORDER ON PLAINTIFF'S OBJECTIONS<br><br>(Doc. Nos. 15, 16) |

Plaintiff was proceeding pro se and in forma pauperis in this 42 U.S.C. § 1983 case. Judgment in this matter was entered on November 13, 2014.  See Doc. No. 12.  Judgment was entered after the Court adopted a Findings and Recommendation ("F&R") the same day.  See Doc. No. 11.  The F&R had recommended dismissal of Plaintiff's case due to a failure to obey court orders and a response to an order to show cause that indicated that Plaintiff no longer wished to prosecute the case.  See Doc. No. 9.  The Magistrate Judge had issued the show cause order on August 19, 2014.  See Doc. No. 7.  Plaintiff objected to the F&R.  See Doc. No. 10.  However, the Court determined that the objections did not warrant a rejection of the F&R.  See Doc. No. 11.

On December 29, 2014, Plaintiff filed a response to the Magistrate Judge's August 2014 show cause order.  See Doc. No. 15.  On June 23, 2015, Plaintiff filed another response to the show cause order and objections to the F&R.  See Doc. No. 16.  Plaintiff indicates that he was not notified as to why his case was not closed, that he had inadequate representation, and then describes what appears to be the circumstances surrounding his § 1983 claim.  See id.

The time to show cause and object to the F&R has passed. The F&R was adopted, and this case has been closed since November 13, 2014. Plaintiff's objections to the F&R and attempt to show cause are untimely. Because this case has closed, the Court will not entertain any further objections to the F&R and the order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objections to the September 15, 2014 F&R and continued response to the August 19, 2014 order to show cause are overruled as untimely;
2. The Court will not entertain further objections to the September 15, 2014 F&R or the August 19, 2014 order to show cause; and
3. The Clerk will send Plaintiff a copy of the November 13, 2014 Order Adopting Findings and Recommendation (Doc. No. 11) as well as the November 13, 2014 Judgment (Doc. No. 12).

IT IS SO ORDERED.

Dated: June 24, 2015

_____
SENIOR DISTRICT JUDGE

2